FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE CAUDILLO-ASCENCIO,

Defendant.

No. 1:25-CR-2064-MKD

ORDER STRIKING SPECIAL
CONDITION NO. 3

**MOTIONS GRANTED
(ECF No. 75 & 76)**

Pending before the Court are Defendant's Motion to Strike Special Condition No. 3, ECF No. 75, and Defendant's Motion to Expedite Hearing, ECF No. 76. Defendant seeks permission to have contact with his brother and co-defendant, Jesus Caudillo. Neither the Government nor Probation object to Defendant's request. ECF No. 75.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Strike Special Condition No. 3, ECF No. 75, is **GRANTED.**

2. Special Condition No. 3 is **STRICKEN**. All remaining conditions of pretrial release as memorialized in the Order Following Arraignment on Indictment, Withdrawing the United States' Motion for Detention, and Setting Conditions of Release, ECF No. 26, **REMAIN IN EFFECT**.

ORDER - 1

3.    Defendant's Motion to Expedite, **ECF No. 76**, is **GRANTED.**

**IT IS SO ORDERED.**

DATED June 30, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2